**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2008

RECEIVED
MAR 14 2008
CHAMBERS OF
RICHARD J. HOLWELL

By Facsimile
The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re: United States v. Keith Fuse, et al.
07 Cr. 1211 (RJH)

Dear Judge Holwell:

Earlier today, the Court adjourned the next conference in the above-referenced matter until April 25, at 11:30 a.m.

The Government respectfully requests that the Court exclude time between today and April 25, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A). The purpose of the requested exclusion is to ensure the defendant's ability to review discovery prior to the next conference and permit the parties to continue to discuss a pre-trial disposition of this matter. The Court had previously excluded time until today.

Based on my discussions with counsel for the defendant, I can represent that the defendant consents to the exclusion requested by the Government.

*[handwritten: Application Granted. Time is excluded under the STA from today to 4/25/08 for the reasons stated above and in the interests of justice]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Daniel W. Levy
Assistant United States Attorney
Telephone: (212) 637-1062

SO ORDERED:

_____
The Honorable Richard J. Holwell
United States District Judge    3/14/08

cc: Hugh M. Mundy, Esq. (by facsimile)

TOTAL P.02