UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| **United States of America,** | : | NOTICE OF APPEARANCE AND REQUEST FOR |
| | : | **ELECTRONIC NOTIFICATION** |
| - v - | : | 07 - Cr. - 01211 (RJH) |
| **Keith Fuse.** | : | |

------------------------------------x

To: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case for defendant Keith Fuse and to add him as a filing user to whom Notices of Electronic Filing will be transmitted.

                              Respectfully Submitted,

                              *[signature]*

                              **Martin S. Cohen**
                              Assistant Federal Defender
                              52 Duane Street
                              New York, N.Y. 10007
                              (212) 417-8737
                              Martin_Cohen@fd.org

TO:  Attorneys of Record